**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Christopher Velto, a Washington citizen, ) | Civil No. C06-5190RBL |
| ) | |
| Plaintiff, ) | **ORDER FOR ENTRY OF DEFAULT AGAINST DEFENDANT SALUS SURGICAL GROUP** |
| ) | |
| v. ) | |
| ) | |
| Draeger Medical, Inc., a Pennsylvania Corporation, and Salus Surgical Group, LLC a Delaware Limited Liability Company, ) ) ) ) ) | |
| Defendant. ) | |

It appearing from the records in the above-entitled action that Summons has been served upon the defendant named below, and it further appearing from the Affidavit of counsel for Plaintiff and other evidence required by F.R.C.P. 55(a) that the defendant named below has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure;

Now, therefore, on request of counsel, the court hereby orders the entry of DEFAULT of the following named defendant: Salus Surgical Group, LLC.

Dated this 26TH day of January, 2007.


BRUCE RIFKIN
Clerk

By: s/Jean Boring
DEPUTY CLERK


Page 1 – **ORDER FOR ENTRY OF DEFAULT AGAINST DEFENDANT SALUS SURGICAL GROUP**