```
                    UNITED STATES DISTRICT COURT

               FOR THE WESTERN DISTRICT OF WASHINGTON


Christopher Velto, a Washington  )     Civil No. C06-5190RBL
citizen,                         )
                                 )     **ORDER FOR ENTRY OF DEFAULT**
        Plaintiff,               )     **AGAINST DEFENDANT CENTURY**
                                 )     **CITY DOCTORS HOSPITAL, LP**
        v.                       )
                                 )
Draeger Medical, Inc., a         )
Pennsylvania Corporation, and    )
Salus Surgical Group, LLC a      )
Delaware Limited Liability       )
Company,                         )
                                 )
        Defendant.                )
```

It appearing from the records in the above-entitled action that Summons has been served upon the defendant named below, and it further appearing from the Affidavit of counsel for Plaintiff and other evidence required by F.R.C.P. 55(a) that the defendant named below has failed to plead or otherwise defend in

Page 1 -   **ORDER FOR ENTRY OF DEFAULT AGAINST DEFENDANT CENTURY
            CITY DOCTORS HOSPITAL LP**

this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure;

Now, therefore, on request of counsel, the court hereby orders the entry of DEFAULT of the following named defendant: Century City Doctors Hospital, LP.

Dated this **12**th day of June,

Bruce Rifkin
DISTRICT COURT EXECUTIVE

BY: S/Jean Boring
DEPUTY CLERK

Page 2 -   **ORDER FOR ENTRY OF DEFAULT AGAINST DEFENDANT CENTURY CITY DOCTORS HOSPITAL LP**