UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER VELTO,

         Plaintiff(s),

   v.

CENTURY CITY DOCTORS HOSPITAL, LP

         Defendant(s).

CASE NO. C06-5190RBL

ORDER DIRECTING CLERK OF COURT TO ENTER A STATISTICAL TERMINATION OF PARTY

      Counsel having notified the court that this matter will remain in an inactive status for a substantial period of time, as to **CENTURY CITY DOCTORS HOSPITAL, LP,** due to the filing of a petition under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, the court hereby orders the Clerk of Court to enter a statistical termination of this party only.

      Counsel should note that this termination is intended solely to remove this matter, as to THE ABOVE-NAMED PARTY from the court's docket. At such time as the parties deem this litigation to be in a posture to proceed, before this court, with regard to CENTURY CITY DOCTORS HOSPITAL, LP, they shall file a motion to reactivate the named party and the matter will proceed. The motion to reactivate shall be filed in the above-referenced cause number and no new case need be filed nor will additional filing fees be required. For purposes of statutes of limitations, the court deems the filing date of this litigation to be and to remain the original filing date of the above-entitled case.

All pending motions, deadlines and hearings, as to CENTURY CITY DOCTORS HOSPITAL, LP, ONLY, if any, shall be stricken as moot.

The case shall REMAIN ACTIVE as to Defendant SALUS SURGICAL GROUP, LLC.

IT IS SO ORDERED this 25th day of February, 2009.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

Minute Order -1